

EXHIBIT A

MAILING ADDRESS:
2296 HENDERSON MILL
ROAD
SUITE 304
ATLANTA, GA 30345

# LEFTWICH LEGAL, LLC
### ATTORNEYS AT LAW

OFFICE: (404) 522-1400
FAX: (770) 723-9115
TAYLOR@LEFTWICHLEGAL.COM

December 2, 2019

Via U.S. Certified Mail:
*7012 2210 0002 3674 9950*

Ms. Charlotte J. Nash
Gwinnett County Board of Commissioners
75 Langley Drive
Lawrenceville, GA 30046

Mr. Jace Brooks
Gwinnett County Board of Commissioners
75 Langley Drive
Lawrenceville, GA 30046

Mr. Ben Ku
Gwinnett County Board of Commissioners
75 Langley Drive
Lawrenceville, GA 30046

Mr. Tommy Hunter
Gwinnett County Board of Commissioners
75 Langley Drive
Lawrenceville, GA 30046

Ms. Marlene M. Fosque
Gwinnett County Board of Commissioners
75 Langley Drive
Lawrenceville, GA 30046

Mike Ludiczak, Esq.
Gwinnett County Attorney
75 Langley Drive
Lawrenceville, GA 30046

Chief Tim Wallis
Lawrenceville Police Department
300 Jackson Street
Lawrenceville, GA 30046

Gwinnett County Police Department
3125 Satellite Blvd NW,
Duluth, GA 30096

Gwinnett County Sheriff's Office
2900 University Parkway N.E.
Lawrenceville, GA 30043

**RE:   Notice of Claims Against Gwinnett County, Chief Tim Wallis; Lawrenceville Police Department; Gwinnett County Police Department; and Gwinnett County Sheriff's Office.**

Dear Ladies and Gentlemen:

Pursuant to O.C.G.A. §36-11-1, this notice is to advise you of my client, Barton Wade's claims. Barton Wade ("Mr. Wade") was maliciously beaten by police, arrested, taken to jail, and

*Wade, Barton*
*Ante Litem Notice*

1

erroneously charged with impersonating an officer. During said arrest, officers violated Mr. Wade's rights and used excessive force. Mr. Wade's neck and back were severely injured as a result of the arresting officers' actions. His wrists were cut due to the handcuffs being placed too tightly, and the blood flow to his hand was cut off.

Once in the Gwinnett County Jail, he was refused medical attention despite complaining of his injuries and status as a diabetic. As a result of these unlawful actions, Mr. Baker intends to file a lawsuit under 42 U.S.C. §1983 for violations of his Fourth and Fourteenth Amendment rights under the United States Constitution and similar provisions of the Georgia Constitution, as well as bring claims of Assault and Battery, False Arrest, Negligent Hiring and Retention, Failure to Train, Malicious Prosecution and Intentional Infliction of Emotional Distress.

On July 29, 2019 officers of the Lawrenceville Police Department and Gwinnett County Police Department arrived at Mr. Wade's residence located at 1868 Alcovy Shoals Bluff, Lawrenceville, Georgia 30045 to arrest Mr. Wade for allegedly impersonating an officer. This occurred after Mr. Wade was falsely accused of impersonating an officer at a nearby Publix. Specifically, Chief Wallis, along with other officers, harassed Mr. Wade in the Publix parking lot although Mr. Wade had committed no crime. Mr. Wade informed Chief Wallis and the officers that he "knew his rights," because he was a federal police officer. The officers informed Mr. Wade that "it's an offense to impersonate a police officer" and warned him "not to hang around the parking lot again."

Several days later, on or around August 1st, 2019, an arrest application was filed, and a warrant was issued. On or around August 2nd, 2019 Mr. Wade returned to his home and was bumrushed by officers. As he stepped out of the vehicle, an officer hit Mr. Wade in his back despite Mr. Wade's unfettered compliance with orders. A portion of Mr. Wade's spine is fused together with his neck. The excessive forced exhibited by the officers caused severe injury and pain to Mr. Wade's spinal fusion. Without any probable cause, Mr. Wade was falsely arrested for impersonating an officer. The handcuffs were placed so tightly on Mr. Wade that his wrists were cut and the blood stopped circulating in his hands. At the Gwinnett County Jail, Mr. Wade made his injuries and status as a diabetic known to each staff member and officer he encountered. Nevertheless, Mr. Wade's injuries were never addressed or treated, and he was denied sustenance and medical attention.

Mr. Wade was falsely imprisoned for more than twelve (12) hours. During this time, his injuries were never treated, and he experienced severe mental anguish. At one point, Mr. Wade was removed from his solitary cell and into a cell with other inmates after an alarm in the jail went off. These inmates heard Mr. Wade inform staff members and officers that he was an officer. This placement jeopardized Mr. Wade's life and safety. Staff refused to release Mr. Wade even after the federal government verified Mr. Wade's status as a federal police officer for the Veteran's

Affairs Hospital.[1] In fact, Mr. Wade was not released until his wife was able to bail him out of jail.

Mr. Wade sought treatment for his pain and injuries at Wellstar Douglas Hospital's emergency room shortly after his release. He complained of severe neck pain and wrist pain from the arresting officers use of excessive force. Treating doctors took an X-Ray of Mr. Wade's wrist and noted his pain and swelling. Treating doctors diagnosed Mr. Wade with cervical strain of his neck due to it being forced past its normal range of motion. Mr. Wade followed up with his primary doctor regarding the strain's impact on his neck fusion and began going to counseling to treat his mental and emotional suffering.

As of the date of this Ante Litem Notice, the charges against Mr. Wade have yet to be dropped. Based on our investigation, the behavior of the above stated individuals – as well as those whose identity will be found through further investigation – was illegal and improper. As a result of such conduct, Mr. Wade has suffered great physical injuries and emotional distress. He has also incurred costly medical bills and continues to go to counseling as a result of the incident.[2] Furthermore, Gwinnett County had or should have had notice that Chief Wallis and members of the Lawrenceville and Gwinnett County Police Departments and Gwinnett County Sheriff's Office had the propensity for such inappropriate behavior.

Please allow this letter to serve as a notice of the above-referenced claim and demand for reinstatement, damages in the amount of five hundred thousand ($500,000.00) dollars, and fifty thousand ($50,000.00) dollars in attorney's fees for deprivation of federal and state civil rights, Assault and Battery, False Arrest, Negligent Hiring and Retention, Failure to Train, Malicious Prosecution and Intentional Infliction of Emotional Distress and all general and special damages incurred by Mr. Wade as a result of these matters. Please note that the above demand is contingent upon settlement without the filing of a lawsuit. Claims herein are made for actions and inactions in the official and individual capacities of Chief Wallis and members of the Lawrenceville and Gwinnett County Police Departments and Gwinnett County Sheriff's Office.

If you have any questions, please do not hesitate to reach out.

Respectfully,

Taylor L. Leftwich, Esq.

---

[1] *See* Exhibit 1. This form was faxed to and received by staff members at the Gwinnett County Jail while Mr. Wade was being held there. Despite receipt of this document verifying Mr. Wade's status as an officer, he remained falsely imprisoned for several more hours.