


EXHIBIT
B

**DEPARTMENT OF VETERANS AFFAIRS**
Medical Center
(Atlanta)
1670 Clairmont Road
Decatur, Ga. 30033

In Reply Refer To: 508/05

August 7, 2019

To Whom It May Concern:

This letter is to verify that Barton Wade is currently employed with Department of Veterans Affairs. Mr. Wade employed as Police Officer, Full-Time (80 Hours Bi-Weekly) and has been employed with The Department of Veterans Affairs since 01/11/2015 to present

Should you have further questions, please feel free to contact me at 404-321-6111 Ext. 122760.

*Wanda R. Hines*

Very Respectfully,

Wanda R. Hines, Human Resources Specialist

Standard Form 50
7/91
Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WADE, BARTON | 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 | 04/19/1958 | 01/06/2019 |

## FIRST ACTION / SECOND ACTION

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 893 | WITHIN-RANGE INCREASE PROVIDED ON REGULAR | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| Q7M | REG 531.404. WITHIN GRADE INCREASE. | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| POLICE OFFICER<br>PD: 50425A<br>POSITION: 91440936 | POLICE OFFICER<br>PD: 50425A<br>POSITION: 91440936 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0083 | 06 | 06 | $45,603.00 | PA | GS | 0083 | 06 | 07 | $46,906.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $37,639.00 | $7,964.00 | $45,603.00 | $0 | $38,714.00 | $8,192.00 | $46,906.00 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| VETERANS HEALTH ADMINISTRATION<br>POLICE SERVICE<br><br>ATLANTA GA USA | VETERANS HEALTH ADMINISTRATION<br>POLICE SERVICE<br><br>ATLANTA GA USA |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 6  (1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point/Compensable, 5-10-Point/Other, 6-10-Point/Compensable/30%) | 1 (0-None, 1-Permanent, 2-Conditional, 3-Indefinite) | | X YES  NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC ONLY | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF  FERS FRAE AND FICA (FULL) | 07/22/2009 | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  (1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved) | N  (E-Exempt, N-Nonexempt) | 8407-2518 | 1272 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 13-0280-089 | ATLANTA   GA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| 508 | | | | |

45. Remarks
WORK PERFORMANCE IS AT AN ACCEPTABLE LEVEL OF COMPETENCE.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF VETERANS AFFAIRS - VETERANS HEALTH ADMIN | ELECTRONICALLY SIGNED BY:<br>LISA GRIGSBY<br>SPHR, CHIEF, HUMAN RESOURCES |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| VATA | 1003 | 01/10/2019 |

5-Part 50-316     2 - OPF Copy - Long-Term Record - DO NOT DESTROY     Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238