**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

BARTON WADE,
Plaintiff,

vs.

LAWRENCEVILLE POLICE DEPARTMENT, et al.,
Defendants.

CIVIL ACTION FILE

NO. 1:21-cv-03122-SEG

# J U D G M E N T

This action having come before the court, Honorable Sarah E. Geraghty, United States District Judge, for consideration of Defendants Lawrenceville Police Department, Officer Sampson, and Chief Wallis' (in his official capacity) motion for summary judgment, and Chief Wallis' (in his individual capacity) motion for summary judgment, and the court having granted said motions, and having dismissed defendants Gwinnett County, Georgia, LB Smith, Gwinnett County Police Department and Gwinnett County Sheriff's Office on February 16, 2023, it is

**Ordered and adjudged** that the plaintiff take nothing; that the defendants recover costs of this action; and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 4th day of June, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By: s/ A. Edwards
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 4, 2026
Kevin P. Weimer
Clerk of Court

By: s/ A. Edwards
Deputy Clerk